UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61548-CIV-O'SULLIVAN
[CONSENT]

JAMIE WINKLEBLECH,
et al.,
    Plaintiffs,

vs.

ALL YEAR COOLING & HEATING, INC.,
et al.,
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court following notice from the defendants' counsel that the parties have reached a settlement. Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, October 13, 2010**, at **9:45 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties may appear by telephone by jointly contacting the undersigned's Chambers at the time of the hearing.**

DONE AND ORDERED in Chambers at Miami, Florida, this **12th** day of October, 2010.

                                                        _____
                                                        JOHN J. O'SULLIVAN
                                                       UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record